UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED

10 APR 13 AM 9:39

IN RE:

MICHAEL YARBROUGH

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

Debtor(s)    **CASE NO. BKY 04-41880 RJK**

---

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Michael Yarbrough in the amount of $1.00, were unclaimed.

CREDITOR:
Michael Yarbrough
1150 Hennepin Avenue #H708
Minneapolis, MN 55403

CLAIM NUMBER:

AMOUNT:
$1.00

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: April 12, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee